# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR AMTRUST BANK,<br>　　　　　Plaintiff,<br><br>v.<br><br>1ST NATIONAL TITLE INSURANCE AGENCY,<br><br>　　　　　Defendant. | 2:11-cv-01920-PMP -VCF<br><br>**MINUTE ORDER**<br><br>Dated:   December 1, 2011 |

PRESENT:     THE HONORABLE CAM FERENBACH, United States Magistrate Judge

JUDICIAL ASSISTANT:   Carol DePino and Mai Tieu    RECORDER:     None

COUNSEL FOR PLAINTIFF(S):         Matthew C. Barneck, Esq.

　　　It came to the court's attention this morning that Magdalena Lozano has filed a Motion to Quash Subpoena.  At 8:04 a.m. the court held a telephonic conference in chambers regarding third-party defendant Magdalena Lozano's Motion to Quash Subpoena (#1).  The motion requested an order quashing the subpoena to produce documents at a deposition scheduled for today, December 1, 2011 at 1:30 p.m.

　　　The court was unable to reach Ms. Lozano for the telephonic conference and a message was left for Ms. Lozano to call the court regarding the telephonic conference.  The court did speak with Mr. Barneck as he was boarding a plane to Las Vegas for the deposition.  Mr. Barneck advised the court that Judge Jenkins ordered the deposition to go forward today but did not address the topic of records subpoenaed.

　　　IT IS ORDERED that the Motion to Quash Subpoena is denied in part and granted in part as follows: Ms. Lozano must appear at the scheduled deposition but does not need to produce any documents at this time.

　　　IT IS FURTHERED ORDERED that, as Ms. Lozano is a party in the case, plaintiff shall seek production of documents from her pursuant to FRCP 34.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**CAM FERENBACH**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**